UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY WILLIS, Individually, and on behalf of others similarly aggrieved,<br><br>Plaintiff,<br><br>vs.<br><br>KONING & ASSOCIATES, a California corporation; CHRIS KONING, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00819-BLF<br><br>Assigned to Honorable Judge Beth Labson Freeman<br><br>**STIPULATION REGARDING HEARING DATE ON JOINT DISCOVERY LETTER & [PROPOSED] ORDER**<br><br>Complaint Filed:   February 4, 2021 |

The parties to the above-entitled action jointly submit this STIPULATION regarding the date and time for a hearing on the parties' Joint Discovery Letter Brief (Dkt. 35). Defense counsel is not available on September 1, 2021, the date currently set for this hearing. Consequently, the parties stipulate that the hearing on their Joint Discovery Letter Brief shall be set for **September 8, 2021, at 11:00 AM** before Magistrate Judge Nathanael M. Cousins. Plaintiff is ordered to file a proposed order granting discovery brief by September 6, 2021.

The hearing will be held via Zoom webinar, and all counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/nc. Further

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -   Case No.: 5:21-cv-00819-BLF
STIPULATION REGARDING HEARING DATE ON JOINT DISCOVERY LETTER BRIEF & [PROPOSED] ORDER

4835-9438-1304.1

information regarding accessing the hearing via Zoom webinar may be found in the Court's Order of August 26, 2021 (Dkt. 37).

Dated: August 27, 2021        /s/ *Corey B. Bennett*
                              Corey B. Bennett
                              MATERN LAW GROUP, PC
                              Counsel for Plaintiff
                              TROY WILLIS


Dated: August 27, 2021        /s/ *Brian J. Wagner*
                              Brian J. Wagner
                              KUTAK ROCK LLP
                              Counsel for Defendants

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -   Case No.: 5:21-cv-00819-BLF
STIPULATION REGARDING HEARING DATE ON JOINT DISCOVERY LETTER BRIEF & [PROPOSED] ORDER
4835-9438-1304.1

1  ORDER RESETTING HEARING ON JOINT DISCOVERY LETTER BRIEF

2  The above STIPULATION REGARDING HEARING ON JOINT DISCOVERY

3  LETTER is approved. The hearing on the parties' Joint Discovery Letter Brief shall be set

4  for September 8, 2021 at 11:00 AM before Magistrate Judge Nathanael M. Cousins. The hearing

5  will be held by Zoom webinar, utilizing the link provided within the parties' Stipulation. Plaintiff

6  is ordered to file a proposed order granting discovery brief by September 6, 2021.

7  IT IS SO ORDERED.

9  Dated: _____

10  UNITED STATES DISTRICT JUDGE

- 3 -     Case No.: 5:21-cv-00819-BLF
STIPULATION REGARDING HEARING DATE ON JOINT DISCOVERY LETTER BRIEF & [PROPOSED] ORDER
4835-9438-1304.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES