**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TROY WILLIS,<br><br>       Plaintiff,<br><br>       v.<br><br>KONING ASSOCIATES, et al.,<br><br>       Defendants. | Case No. 21-cv-00819-BLF<br><br>**JUDGMENT** |

On May 19, 2023, the Court granted DEFENDANTS' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of DEFENDANTS and against PLAINTIFF. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 19, 2023

_____
BETH LABSON FREEMAN
United States District Judge